**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                        Case No.: 2:10-cr-136-FtM-29SPC

JEFFREY FETTERMAN
_____

## ORDER

This matter comes before the Court on Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea (Doc. #85) filed on May 9, 2011. The Defendant has signed a Waiver of Arraignment indicating his waiver of his right to be present at an Arraignment hearing. Further, the Defendant enters a plea of not guilty to the charges. The Court, having considered the signed waiver, accepts the Defendant's plea of not guilty and will cancel the Arraignment hearing. The case will be set before the District Court by separate notice for a status conference and trial term.

Accordingly, it is now

**ORDERED:**

Waiver of Defendant's Presence at Arraignment and Entry of Not Guilty Plea (Doc. #85) is **GRANTED**. The Court directs the Clerk to enter a plea of not guilty on behalf of the Defendant and to set a status conference and trial term before the District Court by separate notice.

**DONE AND ORDERED** at Fort Myers, Florida, this   11th   day of May, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record